Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900
Facsimile: (213) 417-8800
Email: o.orange@orangelawoffices.com

Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails:  dstormer@hadsellstormer.com
         bolney@hadsellstormer.com

*Attorneys for Plaintiffs A.G. and Tamara Ford*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., a Minor by and through his *Guardian Ad Litem* Tamara Ford; Tamara Ford *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, RYAN ROTHROCK and DOES 1 through 10,<br><br>Defendants. | **Case No.: 2:17-cv-00074-JAK (ASx)**<br><br>[Assigned to the Honorable John A. Kronstadt – Courtroom 10B]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: January 5, 2017<br>Trial Date:      September 14, 2021 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice:**

//

1

Plaintiffs, A.G., a Minor by and through his Guardian *Ad Litem* Tamara Ford and Tamara Ford individually, hereby submit this Notice of Settlement pursuant to Local Rule 16-15.7 to notify the Court that the parties have reached an agreement settling all claims between all Plaintiffs and all Defendants.

Defendants have informed Plaintiffs that it may take up to 180 days to obtain final approval from Defendant County's Board of Supervisors. Plaintiffs have requested that Defendants attempt to expedite approval due to Plaintiff Ford's delicate health condition.

Accordingly, Plaintiffs request 180 days to file a dismissal of this case. Plaintiffs also request a 90-day status conference date. In the interim, Plaintiffs will file a petition for a minor's compromise with the Court.

Dated: September 1, 2021.

ORANGE LAW OFFICES, P.C.

/S/ - *Olu K. Orange*

Olu K. Orange, Esq.

2